IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WILLIE L. WILLIAMS AND
BERNADETTE RUNNING
ETC.,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

CASE NO. 1D15-2074

v.

SUE ANN SCHAFER AND
PATRICIA S. HOWARD,

Appellee.

_____/

Opinion filed October 7, 2016.

An appeal from the Circuit Court for Jackson County.
Shonna Young Gay, Judge.

Willie L. Williams and Bernadette Running ETC., pro se, Appellant.

Russell S. Roberts, Marianna, for Appellee.


PER CURIAM.

     AFFIRMED.

MAKAR, JAY, and M.K. THOMAS, JJ., CONCUR.